KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
A Professional Law Corporation
VELMA K. LIM, SBN 111006
7540 Shoreline Drive
Stockton, CA  95219
Phone: (209) 478-2000
Facsimile: (209) 478-0354
Email:  vklim@kroloff.com

Attorneys for Defendant A&J Petro, Inc.

# UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>           Plaintiff(s),<br><br>vs.<br><br>A&J PETRO, INC., a California corporation; and DOES 1 through 10,<br><br>           Defendant(s). | **CASE NO. 2:16-CV-02311-WBS-CKD**<br><br>**STIPULATION TO EXTEND VDRP COMPLETION AND STAYING PROCEEDINGS; ORDER THEREON**<br><br>Trial Date:  Not Set<br>Judge:  Honorable William B. Shubb |

<u>Recitals</u>

1.  Plaintiff filed a First Amended Complaint on March 10, 2017, naming the current owner of the facility, H & S Energy, LLC, as an additional defendant in this disability case and is proceeding to serve the new defendant.   Defendant H & S Energy, LLC has not appeared in this case and the parties are awaiting its appearance.

2.  By the Court's Order (Docket No. 8, Filed 02-08-2017), discovery was stayed and this case was referred to the Court's Voluntary Dispute Resolution Program ("VDRP") for participation in an early settlement conference.  The VDRP session is to be completed by April 10, 2017, an Amended Joint Status Report is to be submitted by April 24, 2017, and the Status (Pretrial Scheduling) Conference is reset to May 8, 2017.

///

///

## STIPULATION

BASED ON THE FOREGOING RECITALS, IT IS HEREBY AGREED AND STIPULATED BETWEEN THE PARTIES THAT:

1. The deadline for completion of the VDRP session is extended to June 12, 2017 and discovery is stayed until that date.
2. An Amended Joint Status Report is to be submitted by **July 3, 2017**.
3. The Status (Pretrial Scheduling) Conference is reset to **July 17, 2017 at 1:30 p.m.**

Dated: March 24, 2017           KROLOFF, BELCHER, SMART,
                                PERRY & CHRISTOPHERSON
                                A Professional Law Corporation

                                //s// Velma K. Lim
                                By:_____
                                VELMA K. LIM
                                Attorneys for Defendant A&J Petro, Inc.

Dated:  March 23, 2017          CENTER FOR DISABILITY ACCESS

                                //s// Phyl Grace
                                By: _____
                                PHYL GRACE
                                Attorneys for Plaintiff Scott Johnson

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated:  March 24, 2017          By: //s// Velma K. Lim_____
                                VELMA K. LIM
                                Attorneys for Defendant A&J Petro, Inc.

## ORDER

Upon consideration of the foregoing and good cause having been established,

IT IS SO ORDERED.

Dated:  March 24, 2017          _____
                                WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE