UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,** | Case No.: 2:16-CV-02311-WBS-CKD |
| Plaintiff, | **ORDER ON APPLICATION TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| **A & J Petro Inc.**, a California Corporation; and Does 1-10, | Complaint Filed: September 28, 2016 |
| Defendants. | Trial Date: N/A |

Having read the Application to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **September 11, 2017**, and the scheduling conference, be continued to **September 25, 2017 at 1:30p.m.**

IT IS SO ORDERED.

Dated: July 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE